

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

NO. 2-09-454-CV

CITY OF SOUTHLAKE, TEXAS            APPELLANT

V.

MICHAEL KENNY            APPELLEE

----------

## FROM THE 348TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered the parties' "Agreed Motion To Dismiss Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(2), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL: WALKER, MCCOY, and MEIER, JJ.

DELIVERED: January 14, 2010

---

[1] *... See* Tex. R. App. P. 47.4.